DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbush@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant Western Best LLC
d/b/a The Chicken Ranch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01690-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Defendant Western Best LLC, d/b/a The Chicken Ranch ("Defendant") and Plaintiffs Kizzy Byars, Danielle James, as individuals and on behalf of others similarly situated ("Plaintiffs"), by and through their respective counsel, stipulate and agree

/ /

/ /

/ /

/ /

/ /

1

to extend the deadline for Defendant to respond to Plaintiff's Complaint to November 14, 2019. This is the first stipulation for extension of time to respond to the Complaint on file herein.

DATED this 7th day of November, 2019

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
*Attorneys for Defendant Western Best LLC d/b/a The Chicken Ranch*

DATED this 7th day of November, 2019

**RYAN ALEXANDER, CHTD.**

*/s/ Ryan Alexander*
RYAN ALEXANDER (10845)
3017 West Charleston Blvd., Ste. 58
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: NOVEMBER 8, 2019