DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbush@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant Western Best LLC*
*d/b/a The Chicken Ranch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:19-cv-01690-JCM-DJA <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO OPPOSITION TO MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Defendant Western Best LLC, d/b/a The Chicken Ranch ("Defendant") and Plaintiffs Kizzy Byars, Danielle James, as individuals and on behalf of others similarly situated ("Plaintiffs"), by and through their respective counsel, stipulate and agree

/ /

/ /

/ /

/ /

/ /

1

to extend the deadline for Defendant to reply to Plaintiffs' Opposition to Defendant Western Best LLC d/b/a The Chicken Ranch's Motion to Dismiss Plaintiffs' Complaint ("Opposition") to January 20, 2020. This is the first stipulation for extension of time to reply to Plaintiff's Opposition on file herein.

DATED this 19th day of December, 2019

**FOX ROTHSCHILD LLP**

/s/ Deanna L. Forbush
DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
*Attorneys for Defendant Western Best LLC*
*d/b/a The Chicken Ranch*

DATED this 19th day of December, 2019

**RYAN ALEXANDER, CHTD.**

/s/ Ryan Alexander
RYAN ALEXANDER (10845)
3017 West Charleston Blvd., Ste. 58
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: _December 20, 2019_