DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbush@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant Western Best LLC
d/b/a The Chicken Ranch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01690-JCM-DJA<br><br>**STIPULATION AND ORDER** |

On September 9, 2019, Plaintiffs Kizzy Byars and Danielle James, as individuals and on behalf of others similarly situated ("Plaintiffs"), filed a Complaint in the United States District Court, District of Nevada (Dkt 1);

On November 8, 2019, the Court entered an Order Setting Early Neutral Evaluation ("ENE") Session for January 13, 2020, at 10:00 am before Magistrate Judge Cam Ferenbach (Dkt 10);

On November 21, 2019, Defendant Western Best LLC d/b/a The Chicken Ranch filed its Motion to Dismiss the Complaint (Dkt 13);

1

On January 9, 2020, Plaintiffs filed a Motion to Amend Complaint (Dkt 21).

On January 13, 2020, the Court conducted the ENE session ("ENE Session"). During the ENE Session, the Parties held their Rule 26(f) Conference.

Deanna Forbush, Esq. of Fox Rothschild LLP appeared at the ENE session, on behalf of Defendants and Ryan Alexander, Esq. of Ryan Alexander Chtd. appeared at the ENE Session and 26(f) Conference on behalf of Plaintiffs wherein the Parties conferred regarding the pending Motions and agreed that Defendant would not object to Plaintiffs' Motion to Amend, Defendant would withdraw its Motion to Dismiss and refile after the Amended Complaint was filed, Defendant would thereafter refile its response to Plaintiffs' Amended Complaint, and that the Parties would serve their respective initial disclosures on or before January 27, 2020.

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Defendant will withdraw its Motion to Dismiss;
2. Plaintiffs will withdraw their Opposition to Defendant's Motion to Dismiss;
3. Defendant will file a non-opposition to Plaintiffs' Motion to Amend the Complaint;
4. Plaintiffs file their Amended Complaint, unopposed;
5. Defendant will have 30 days from the date Plaintiffs file their Amended Complaint to file a responsive pleading; and
6. The Parties will serve their respective Initial Disclosures on or before January 27, 2020.

///

///

///

IT IS SO STIPULATED.

DATED this 21st day of January, 2020.

FOX ROTHSCHILD LLP

/s/ Deanna L. Forbush
DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
*Attorneys for Defendant Western Best LLC d/b/a The Chicken Ranch*

DATED this 21st day of January, 2020.

RYAN ALEXANDER, CHTD.

/s/ Ryan Alexander
RYAN ALEXANDER (10845)
3017 West Charleston Blvd., Ste. 58
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

IT IS SO ORDERED

[signature]
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2020