DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbush@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant Western Best LLC
d/b/a The Chicken Ranch*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-01690-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Defendant Western Best LLC, d/b/a The Chicken Ranch ("Defendant") and Plaintiffs Kizzy Byars, Danielle James, as individuals and on behalf of others similarly situated ("Plaintiffs"), by and through their respective counsel, stipulate and agree

/ /

/ /

/ /

/ /

/ /

1

to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint (Dkt 27), to March 18, 2020. This is the first stipulation for extension of time to respond to Plaintiff's First Amended Complaint on file herein.

DATED this 27th day of February, 2020.  DATED this 27th day of February, 2020.

**FOX ROTHSCHILD LLP**  **RYAN ALEXANDER, CHTD.**

*/s/ Deanna L. Forbush*  */s/ Ryan Alexander*
DEANNA L. FORBUSH (6646)  RYAN ALEXANDER (10845)
COLLEEN E. MCCARTY (13186)  3017 West Charleston Blvd., Ste. 58
1980 Festival Plaza Drive, #700  Las Vegas, Nevada 89102
Las Vegas, Nevada 89135  *Attorneys for Plaintiffs*
*Attorneys for Defendant Western Best LLC*
*d/b/a The Chicken Ranch*

**IT IS SO ORDERED**

_____
United States Magistrate Judge

DATED: February 28, 2020

Active\107787148.v1-2/25/20