DEANNA L. FORBUSH
Nevada Bar No. 6646
Email: dforbush@foxrothschild.com
COLLEEN E. MCCARTY
Nevada Bar No. 13186
Email: cmccarty@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax

*Attorneys for Defendant Western Best LLC
d/b/a The Chicken Ranch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-01690-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (SECOND REQUEST)** |

Defendant Western Best LLC, d/b/a The Chicken Ranch ("Defendant") and Plaintiffs Kizzy Byars, Danielle James, as individuals and on behalf of others similarly situated ("Plaintiffs"), by and through their respective counsel, stipulate and agree

/ /

/ /

/ /

/ /

1

Active\108632373.v1-3/17/20

to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint (Dkt 27), to April 1, 2020. This is the second stipulation for extension of time to respond to Plaintiff's First Amended Complaint on file herein.

| DATED this 17th day of March, 2020. | DATED this 17th day of March, 2020. |
|---|---|
| **FOX ROTHSCHILD LLP** | **RYAN ALEXANDER, CHTD.** |
| */s/ Deanna L. Forbush* | */s/ Ryan Alexander* |
| DEANNA L. FORBUSH (6646) | RYAN ALEXANDER (10845) |
| COLLEEN E. MCCARTY (13186) | 3017 West Charleston Blvd., Ste. 58 |
| 1980 Festival Plaza Drive, #700 | Las Vegas, Nevada 89102 |
| Las Vegas, Nevada 89135 | *Attorneys for Plaintiffs* |
| *Attorneys for Defendant Western Best LLC d/b/a The Chicken Ranch* | |

**IT IS SO ORDERED**

_____
United States Magistrate Judge

Dated: March 20, 2020

Active\108632373.v1-3/17/20