DEANNA L. FORBUSH (6646)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbush@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Defendant Western Best LLC*
*d/b/a The Chicken Ranch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01690-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Defendant Western Best LLC, d/b/a The Chicken Ranch ("Defendant") and Plaintiffs Kizzy Byars, Danielle James, as individuals and on behalf of others similarly situated ("Plaintiffs"), by and through their respective counsel, stipulate and agree

/ /
/ /
/ /
/ /
/ /

1

1  to extend the deadline for Defendant to reply to Plaintiffs' Opposition to Defendant Western Best
2  LLC d/b/a The Chicken Ranch's Motion to Dismiss Plaintiffs' First Amended Complaint
3  ("Opposition") to May 6, 2020.  This is the first stipulation for extension of time to reply to
4  Plaintiff's Opposition on file herein.

5  DATED this 16th day of April, 2020      DATED this 16th day of April, 2020

6  **FOX ROTHSCHILD LLP**                  **RYAN ALEXANDER, CHTD.**

8  */s/ Deanna L. Forbush*                 */s/ Ryan Alexander*
   DEANNA L. FORBUSH (6646)                RYAN ALEXANDER (10845)
   COLLEEN E. MCCARTY (13186)              3017 West Charleston Blvd., Ste. 58
9  1980 Festival Plaza Drive, #700         Las Vegas, Nevada 89102
   Las Vegas, Nevada 89135                 *Attorneys for Plaintiffs*
10 *Attorneys for Defendant Western Best LLC
   d/b/a The Chicken Ranch*

15 **IT IS SO ORDERED**

17 _____
   UNITED STATES DISTRICT JUDGE

18 DATED: April 17, 2020

2

Active\106254283.v1-4/16/20