RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN BEST LLC dba THE CHICKEN RANCH, a Domestic Limited Liability Company; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-01690-JCM-DJA<br>Hon. James C. Mahan<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DANIELLE JAMES**<br><br>**No Hearing Requested** |

Ryan Alexander, Esq., of RYAN ALEXANDER, CHTD., respectfully moves this court for an Order permitting Ryan Alexander to withdraw as counsel for Plaintiff DANIELLE JAMES in the above captioned matter, pursuant to Local Rule 1A 10-6, S.C.R. 46, and NRCP 1.16 (b)(1) and (7). This Motion is made and based upon the following Memorandum of Points and Authorities, the declaration of Ryan Alexander the papers and pleadings on file herein.

Dated May 23, 2022.

RYAN ALEXANDER, CHTD.

RYAN ALEXANDER
Nevada Bar No. 10845
*Attorney for Plaintiffs*

1

**RYAN ALEXANDER, CHTD.**
**3017 WEST CHARLESTON BOULEVARD SUITE 10, LAS VEGAS, NEVADA 89102**

1  **DECLARATION OF RYAN ALEXANDER, ESQ. IN SUPPORT OF PLAINTIFFS'**

2  **MOTION FOR PROTECTIVE ORDER**

3  Pursuant to LR 26-6(c), RYAN ALEXANDER, ESQ., being first duly sworn, deposes and

4  says:

5  1.  I am an attorney at law duly licensed to practice in the State of Nevada, and I am counsel for

6  Plaintiffs KIZZY BYARS and DANIELLE JAMES in the instant matter (Case Number 2:19-

7  cv-01690-JCM-DJA). I have personal knowledge of the facts set forth below and I believe

8  them to be true. I am over eighteen years old and I am competent to testify to the matters set

9  forth herein.

10  2.  Plaintiff DANIELLE JAMES and I have a fundamental disagreement, and it would be a

11  financial burden to be compelled to continue.

12  3.  JAMES was given notice of my intent to withdraw from this case by email and U.S. Mail.

13  Pursuant to 28 U.S. Code §1746, I declare under penalty of perjury under the law of the

14  United States of America that the foregoing is true and correct.

15

16  Executed on May 23, 2022.                     /s/Ryan Alexander

17  _____
       RYAN ALEXANDER

18

19

20

21

22

23

24

25

26

27

28

2

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD SUITE 10, LAS VEGAS, NEVADA 89102

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2       Counsel and Plaintiff JAMES have reached a fundamental disagreement regarding the

3   prosecution of this case, and compelling further representation would be an unreasonable financial

4   burden on Counsel. Local Rule IA 11-6 (a) provides that "No attorney may withdraw after

5   appearing in a case except by leave of court after notice served on the affected client and opposing

6   counsel."  Nevada R.P.C. 1.16 provides in pertinent part:

7           (b) A lawyer may withdraw from representing a client if: (1) Withdrawal can be
    accomplished without material adverse effect on the interests of the client; ... (4) the client
8   insists upon taking action that the lawyer considers repugnant or with which the lawyer has
    a fundamental disagreement; … (6) The representation will result in an unreasonable
9   financial burden on the lawyer or has been rendered unreasonably difficult by the client; (7)
    Other good cause for withdrawal exists.
10          (c) A lawyer must comply with applicable law requiring notice to or permission of a
11  tribunal when terminating representation.  When ordered to do so by a tribunal, a lawyer
    shall continue representation notwithstanding good cause for terminating the representation.
12          (d) Upon termination of representation, a lawyer shall take steps to the extent
    reasonably practicable to protect a client's interests, such as giving reasonable notice to the
13  client, allowing time for employment of other counsel, surrendering papers and property to
    which the client is entitled and refunding any advance payment of fee or expense that has
14  not been earned or incurred.  The lawyer may retain papers relating to the client to the extent
    permitted by other law.
15

16      Plaintiff will receive notice of Counsel's intent to withdraw via email and the United States

17  Postal Service. Opposing counsel in this case will receive notice of this Motion to Withdraw via the

18  CM/ECF system, pursuant to the certificate of service attached herein.

19      Additionally, Local Rule IA 11-6(e) provides that "no withdrawal … shall be approved if

20  delay of discovery, the trial or any hearing in the case would result." Here, no delay will result from

21  Counsel's withdrawal because the discovery deadlines were extended up until July 25, 2022;

22  Dispositive motions are due on August 25, 2022, and the Joint Pretrial Order is due on September

23  22, 2022. [Dkt. #67]. Counsel's withdrawal will not prejudice either party or delay any proceeding

24  in this matter.

25  //

26  //

27

28

3

RYAN ALEXANDER, CHTD.
3017 WEST CHARLESTON BOULEVARD SUITE 10, LAS VEGAS, NEVADA 89102

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONCLUSION**

Counsel respectfully moves this Court for an Order approving the withdrawal of Ryan Alexander, Esq., as attorney for the Plaintiff DANIELLE JAMES in the instant matter.

Dated May 23, 2022.

RYAN ALEXANDER, CHTD.

_____
RYAN ALEXANDER
Nevada Bar No. 10845
*Attorney for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

4

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 3017 W. Charleston, Ste. 10, Las Vegas, Nevada 89102.  On May 23, 2022, I served the within document(s):

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DANIELLE JAMES**

■   ECF System.

> FOX ROTHSCHILD LLP
> DEANNA L. FORBUSH      dforbush@foxrothschild.com
> COLLEEN E. MCCARTY    cmccarty@foxrothschild.com
> *Attorneys for Defendant Western Best LLC*
> *d/b/a The Chicken Ranch*

FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

■   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below:

Danielle James
2031 W. Creek Lane
Houston, TX 77027

PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.  Executed on May 23, 2022, at Las Vegas, Nevada.

> /s/ *Jennifer Lee*_____
> An Employee of RYAN ALEXANDER, CHTD.
> *Attorney for Plaintiff*