Jason D. Guinasso, Esq.
Nevada Bar No. 8478
Astrid A. Perez
Nevada Bar No. 15977
5371 Kietzke Ln
Reno, Nevada 89511
Telephone: (775) 853.8746
Facsimile: (775) 201.9611
jguinasso@hutchlegal.com
aperez@hutchlegal.com

*Attorneys for Danielle James*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as individuals and On Behalf of Others Similarly Situated;, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-1690-JCM-DJA <br><br><br> **NOTICE OF APPEARANCE** |

///
///
///
///
///
///
///
///

1  PLEASE TAKE NOTICE Jason D. Guinasso, Esq. and Astrid A. Perez, Esq. of HUTCHISON
2  & STEFFEN, PLLC hereby enters their appearance on behalf of Plaintiff Danielle James and
3  requests all correspondence, future notices, pleadings and correspondence be served upon the
4  follow address:

      Jason D. Guinasso, Esq.
      Astrid A. Perez, Esq.
      HUTCHISON & STEFFEN, PLLC
      5371 Kietzke Lane
      Reno, NV 89511
      jguinasso@hutchlegal.com
      aperez@hutchlegal.com

10  DATED this 30th day of September, 2022.

      HUTCHISON & STEFFEN, PLLC

      */s/ Astrid A. Perez*

      Jason D. Guinasso, Esq.
      Nevada Bar No. 8478
      Astrid A. Perez
      Nevada Bar No. 15977
      5371 Kietzke Ln
      Reno, Nevada 89511
      Telephone: (775) 853.8746
      Facsimile: (775) 201.9611
      jguinasso@hutchlegal.com
      aperez@hutchlegal.com
      *Attorneys for Plaintiff*
      *Danielle James*

**ELECTRONIC CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 30th day of September, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Ryan Alexander**
Ryan Alexander, Chtd.
3017 West Charleston Blvd.
Suite 58 Las Vegas, NV 89102
Email: ryan@ryanalexander.us

**Colleen E McCarty**
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive
Suite 700 Las Vegas, NV 89135
Email: cmccarty@foxrothschild.com

**Deanna L Forbush**
Fox Rothschild LLP
1980 Festival Plaza Drive
Suite 700 Las Vegas, NV 89135
Email: DForbush@foxrothschild.com

**John M Orr**
Fox Rothschild LLP
1980 Festival Plaza Drive
Suite 700 Las Vegas, NV 89135
Email: jorr@foxrothschild.com

**Rex Garner**
Fox Rothschild LLP
1980 Festival Plaza Drive
Suite 700 Las Vegas, NV 89135
Email: rgarner@foxrothschild.com

/s/ Delilah Deffmew
Employee of Hutchison & Steffen, PLLC