DEANNA L. FORBUSH
Nevada Bar No. 6646
Email: DForbush@foxrothschild.com
REX D. GARNER
Nevada Bar No. 9401
Email: RGarner@foxrothschild.com
**FOX ROTHSCHILD LLP**
One Summerlin
1980 Festival Plaza Drive
Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

*Attorneys for Defendant Western Best LLC*
*d/b/a The Chicken Ranch*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIZZY BYARS, DANIELLE JAMES, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN BEST LLC, a Nevada Limited Liability Company doing business as THE CHICKEN RANCH; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.  2:19-cv-01690-JCM-DJA<br><br><br>**AMENDED STIPULATION AND ORDER TO DISMISS PLAINTIFF KIZZY BYARS WITH PREJUDICE** |

Plaintiff, Kizzy Byars, by and through her attorney of record, and Defendant, Western Best, LLC, by and through his attorneys of record, hereby stipulate and agree that Plaintiff Kizzy Byars be dismissed with prejudice from the above-entitled action, with each party to bear their own attorney fees and costs.  This Stipulation and Order to Dismiss in no way affects or otherwise impacts Plaintiff's Danielle James' ability to pursue her claims against the Defendant in this action.

/ / /

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

138539981.1

DATED this 30th day of September, 2022.

DATED this 30th day of September, 2022.

**FOX ROTHSCHILD LLP**

**RYAN ALEXANDER, CHTD.**

By: */s/ Deanna L. Forbush*
    DEANNA L. FORBUSH (6646)
    REX GARNER (9401)
    One Summerlin
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Attorneys for Defendant Western Best LLC*

By: */s/ Ryan Alexander*
    RYAN ALEXANDER (10845)
    3017 West Charleston Blvd., Ste. 10
    Las Vegas, Nevada 89102
    *Attorneys for Plaintiff Kizzy Byars*

## ORDER

**IT IS SO ORDERED.**

Dated  October 5, 2022.

UNITED STATES DISTRICT JUDGE

138539981.1

**FOX ROTHSCHILD LLP**
**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, Nevada 89135**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Fox Rothschild LLP and that on the 30th day of September, 2022, pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I served a true and correct copy of the foregoing **AMENDED STIPULATION AND ORDER TO DISMISS PLAINTIFF KIZZY BYARS WITH PREJUDICE** via electronic transmission as follows:

Ryan Alexander, Esq.
RYAN ALEXANDER, CHTD.
3017 W. Charleston Boulevard, Suite 10
Las Vegas, Nevada 89102
ryan@ryanalexander.us
*Attorneys for Plaintiffs*

Jason D. Guinasso, Esq.
Astrid A. Perez, Esq.
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
jguinasso@hutchlegal.com
aperez@hutchlegal.com

                                        */s/ Sherry Harper*
                                        An employee of Fox Rothschild LLP

138539981.1

**Harper, Sherry**

**From:** Ryan Alexander <ryan@ryanalexander.us>
**Sent:** September 30, 2022 9:05 AM
**To:** Forbush, Deanna L. <DForbush@foxrothschild.com>
**Cc:** Jennifer Lee <jennifer@ryanalexander.us>
**Subject:** [EXT] Re: Byars v. Western Best

Hi Deanna, yes you may e-sign for me.

Ryan

**From:** Forbush, Deanna L. <DForbush@foxrothschild.com>
**Sent:** Friday, September 30, 2022 9:03 AM
**To:** Ryan Alexander <ryan@ryanalexander.us>
**Subject:** Byars v. Western Best


Good Morning Ryan:

Hope this finds you well.  We neglected to get Kizzy dismissed from the Western Best
action.  May I have your permission to affix your electronic signature to the attached?

Best regards,

1

~D

**Deanna Forbush**
Partner
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5169 - direct
(702) 597-5503 - fax
DForbush@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.