# EXHIBIT A

DEF MSJ _ 0001

# INDEPENDENT CONTRACTORS AGREEMENT

THIS AGREEMENT, entered into this ___14___ day of ___November___, 20_16_ in Pahrump, Nevada between ___Danielle James___ a professional legal licensed prostitute of Nye County, Nevada (hereinafter referred to as "Contractor") and Western Best LLC., or its successor, dba The Chicken Ranch, a legal licensed brothel of Nye County, Nevada (hereinafter referred to as "WBL").

WHEREAS, the Contractor is desirous of practicing her trade and art, renting facilities to do so, and of retaining WBL to provide other services as provided herein, it is agreed:

1. Contractor is free to inform her existing clientele of her work location, and at her election, provide services to clients that patronize WBL. Contractor retains the right to contract for similar services with other individuals and other businesses.
2. Contractor agrees to provide all her own personal items and professional props, obtain and maintain all necessary licenses and medical checkups at her own expense, and provide for her own transportation to and from WBL's place of business.
3. It is expressly understood that WBL's business locations have the reputation for maintaining the highest standards within the profession, and the furtherance of that reputation is material to the purpose of this agreement. Contractor agrees to perform services in a manner, which is in accordance with WBL's professional standards. WBL's professional standards shall at all times be reduced to writing and made available to Contractor.
4. WBL agrees that it shall have no right to control or direct the details, manner or means by which Contractor performs her services.
5. WBL agrees to introduce the Contractor to clients patronizing WBL who are desirous of engaging the services of a professional legal licensed prostitute, maintain all necessary licenses to operate a legal licensed brothel, provide facilities including 41 acres with double wide trailers, with fire protection and security system, water, electricity, heating, air conditioning, furniture, fixtures, linen supplies, maintenance personnel, food, drink, and a cook providing two meals a day.
6. WBL will provide the Contractor with private room, and workspace and common areas utilized by other Contractors, including VIP rooms with VCR, Bar, Sunroom, Dungeon, Jacuzzi rooms, swimming pool, and recreation room with television, a dining room, and storage area. Basically, WBL will provide private and common work areas for the Contractor and a fully equipped and furnished "home" environment, which is available when and as required by the Contractor.
7. In consideration of the services and agreements provided herein, it is agreed:
   A. The Contractor will pay WBL $38.00 per day for rent plus $1.00 a day for book keeping.
   B. The Contractor will pay WBL a commission of 50% of her service fees earned.
   C. The Contractor authorizes WBL to withhold 30% of her service fee earned on clients transported by The Chicken Ranch Transportation.

WB000062
DEF MSJ _ 0002

    D. The Contractor agrees to/does not wish to retain WBL to perform bookkeeping and banking services. In consideration for this service, the Contractor agrees to pay WBL $1.00 per day for such services rendered. Initial: _____

    E. The Contractor agrees to reimburse WBL for any expenditure where WBL advanced or paid for items on behalf of the Contractor.

    F. The Contractor and WBL agree to maintain and render true and accurate accounts of their business activities to each other on a daily basis.

    G. For security reasons all cash shall be held by WBL in a secure location, and removed from the premises on a regular basis.

    H. Contractor agrees the consideration for services, rent, bookkeeping service fee, and expense advancements must be paid in full on a weekly basis, even if the Contractors earnings are insufficient to cover such amounts. Weekly, WBL and Contractor will render an accounting of the Contractors income and expenses to each other (per "Contractors Weekly Report"). After review, the Contractor will authorize the disbursements from the Contractors trust account.

8. It is further agreed:
    A. Contractor shall have access to and use of the following common areas: parlor, bar, laundry room, dining room and VIP rooms. Contractor agrees to abide by posted rules regulating the use of all common areas.
    B. The Contractor's room is to be under her exclusive possession and control. Contractor agrees to abide by the posted rules regulating the use of rented rooms.
    C. The Contractor is fully qualified, may engage and practice her trade and art as she sees fit without interference from WBL, and negotiates and sets her own service fees with clients.
    D. Neither the Contractor nor WBL are obligated to furnish or service customers of the others by mutual agreement.
    E. Contractor and WBL agree to maintain all licenses and meet all regulatory requirements and not to violate any laws, whether municipal, state, or federal.
    F. The Contractor and WBL understand that the Contractor is an Independent Contractor and not an employee for tax purposes, as is the custom in the trade
    G. WBL will file, and provide the Contractor with a timely 1099 Tax Form reporting the Independent Contractor's receipts under the terms of this agreement.
    H. The Contractor understands that it is her responsibility and agrees to file, and pay, all required taxes due on her earnings under this agreement.
    I. WBL is open for business 24 hours a day, seven days a week. The Contractor agrees to inform WBL on a daily basis the hours she is available to the Top/Bottom list that we provide at the shift desk.
    J. WBL agrees to provide and enforce Health, Fire and Safety regulations and Contractor agrees to comply with said regulations.
    K. This agreement may be terminated at any time by either party. Upon termination, a settlement or forfeiture will be performed by both parties. See attached Illegal drug and punishment policy.

WB000063
DEF MSJ _ 0003

9. A final determination by a court of competent jurisdiction that any provision of this agreement is invalid shall not affect the validity of any other provision, any provisions so determined to be invalid shall, to the extent possible, be construed to accomplish its intended effect.
10. This agreement shall be construed and enforced in accordance with the laws of the state of Nevada.
11. Cell Phones will be held in the shift office while you have any customer in your room or while in bar with customer.

CR Transportation fee: Free for your first trip then every trip after will be $50
Use of Company Vehicle on Tuesday: $10

Notices will be sent to:

CONTRACTOR

*Danielle James*
Name

_____
Number, Street, PO Box, Apt #

_____
City          State          Zip

_____
Social Security Number

*Danielle James*
Signature

WBL

Western Best LLC
P O Box 759
Pahrump, NV 89041

BY _____
Western Best Ltd

Page 3 of 3

WB000064
DEF MSJ _ 0004